

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00097-CV

| | | |
|---|---|---|
| AZZ Incorporated and AZZ Group, L.P. | § | From the 67th District Court |
| | § | of Tarrant County (067-257747-12) |
| | § | April 9, 2015 |
| v. | § | Opinion by Justice Walker |
| Michael Coleman Morgan; Boyce Galvanizing, LLC; and Big Spring Holdings, LLC | | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant AZZ Incorporated and AZZ Group, L.P. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By  /s/ Sue Walker_____
      Justice Sue Walker